Pearson, C. J.
 

 As the term for which S. B. Everett was appointed clerk and master had expired before the money was paid to his deputy, there is no principle upon which an action can be maintained on his official bond; for, to make out a breach, it is necessary to prove that the money was received during the time covered by the bond. How far Mr. Everett may have subjected himself to the pains and penalties of the law for usurping the office, and acting without being reappointed, and without executing the new bond, which in case of reappointment he was required to execute, is a subject upon which we are not now at liberty to enter. The case,
 
 Chairman of Common Schools
 
 v.
 
 Daniel,
 
 6 Jones Rep.
 
 444,
 
 is put expressly on the ground that the appointment of those officers is for one year,
 
 and until a successor shall he appointed, and enter upon the duties of the office,"
 
 which distinguishes it from the case before us.
 

 Per Curiam,
 

 Judgment affirmed.